PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Wazir Roberts

Cr.: 08-00433-001
PACTS #: 51026

Name of Sentencing Judicial Officer:  THE HONORABLE STANLEY R. CHESLER
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/23/2008

Original Offense:  21 U.S.C. § 846 Conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine and 100 grams or more of heroin

Original Sentence: 188 months of imprisonment, 60 months of supervised release

Special Conditions: Special Assessment, DNA Testing, Financial Disclosure

Type of Supervision: Supervised Release                 Date Supervision Commenced: 06/25/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'** |
| | On May 5, 2022, Mr. Roberts was arrested by members of the Irvington Police Department in New Jersey and charged with one count of possession of CDS, in violation of N.J.S.A. Section 2C:35-10A(1), and one count of possession/manufacture of CDS with intent to distribute, in violation of N.J.S.A. Section 2C:35-5B(1). |
| 2 | The individual under supervision has violated the standard supervision condition which states **'You must answer truthfully the questions asked by your probation officer.'** |
| | Mr. Roberts stated that he was not placed under arrest and was issued a summons. According to the police report, Mr. Roberts was the driver of a vehicle, and his 16-year-old daughter was the passenger. The officers observed and confiscated crack cocaine from Mr. Roberts and found marijuana inside the vehicle, resulting in his arrest. Additionally, his daughter was arrested for possession of marijuana and resisting arrest. Mr. Roberts did not provide any of these details to the undersigned and continues to state that he was not driving a vehicle and he did not have any illegal drugs within his possession. |

U.S. Probation Officer Action:

At this time, we are requesting that the Court take no action. This will allow our office to monitor the status of the pending case, as well as his overall compliance with the ReNew Court Program and his Court-ordered conditions. The undersigned has provided Mr. Roberts with a verbal reprimand and reviewed cognitive behavioral skills. We will notify the Court, including the most appropriate recommendation, upon receiving the disposition of the pending charges. If any other instances of non-compliance arise, the Court will be notified immediately.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   JULIE CHOWDHURY
       U.S. Probation Officer

/ jc

APPROVED:

_____   06/22/2022
DONALD L. MARTENZ, JR.                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐  x **No Formal Court Action to be Taken at This Time (*as recommended by the Probation Office*)**

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons (indicate which): _____

☐  Other

s/Stanley R. Chesler, U. S. D. J.

_____

Signature of Judicial Officer

6/22/2022
_____
Date